IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA v. DANIEL R. PAULSON

JUDGE H. RUSSEL HOLLAND CASE NO. 3:87-cr-0013-HRH

PROCEEDINGS: ORDER FROM CHAMBERS

---

The court is in receipt of counsel's report on behalf of defendant dated July 5, 2018.[1] The report is approved.

The court intends that counsel continue in her representation of defendant for purposes of facilitating the protection of his personal property and his potential conditional release.

Counsel will please provide the court with an updated status report on or before September 7, 2018.

---

[1]Docket No. 147.



Case 3:87-cr-00013-ACP-KFR Document 148 Filed 07/06/18 Page 1 of 1