PROB 12A
(Rev. 7/93)

# UNITED STATES DISTRICT COURT
for the
District of Alaska

## Report on Person Under Conditional Release

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Daniel R. Paulson | **Case Number:** | 3:87-CR-00013-001-HRH |
| **U.S. Marshals Service No.:** | 10950-006 | | |
| **Name of Judicial Officer:** | Honorable H. Russel Holland, Senior United States District | | |
| **Date of Original Sentence:** | April 23, 1987 | | |
| **Original Offense:** | Assault on a Federal Employee, Use of a Firearm in Relation to a Crime of Violence, Possession of a Firearm Not Registered | | |
| **Original Sentence:** | Not Guilty by Reason of Insanity to Each Count; Order of Commitment Pursuant to 18 U.S.C. § 4243(e) | | |
| **Supervision Commenced:** | Conditional Release, 18 U.S.C. § 4243(f) | | |
| **Assistant U.S. Attorney:** | James Klugman | **Defense Attorney:** | Shelley K. Chaffin |

---

### NON-COMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of Conditional Release:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | The defendant violated Conditional Release Condition 10, "He shall not commit another federal, state, or local crime," in that on March 5, 2026, Daniel Paulson committed the local crime of Criminally Negligent Burning, a Class A misdemeanor. |

On March 5, 2026, at approximately 1:00 a.m., an Anchorage Police Department (APD) officer contacted Daniel R. Paulson outside the cold weather homeless shelter located at 1111 East 56th Avenue in Anchorage. According to APD report 26-6639, "I had responded to the shelter for an un-related issue. As I pulled up DANIEL was sitting next to a black plastic tote that was on fire. DANIEL stated he had lit the fire to stay warm and refused to put it out when asked. I placed him under arrest for criminal negligent burning on a public sidewalk." "I completed OR paperwork for DANIEL with a court date of 04/09/2026. DANIEL was released from custody with his copy of the paperwork."

On April 7, 2026, a charging document was filed in Municipality of Anchorage case 3AN-26-2429CR charging Mr. Paulson with Criminally Negligent Burning, a Class A misdemeanor. On April 9, 2026, Mr. Paulson allegedly failed to appear for Court, and a Warrant of Arrest was issued for his arrest, which remains outstanding.

**U.S. PROBATION OFFICER'S PROPOSED ACTION:**

Mr. Paulson has remained out of communication with the U.S. Probation since April 2025. He has reportedly continued to receive his monthly Social Security Disability and has reportedly resided at numerous homeless shelters, principally at the cold-weather shelter where he was located, as stated above; this is also the same shelter this officer last met with Mr. Paulson in 2025. However, it is currently unknown if Mr. Paulson is in compliance with other conditions of release, primarily his conditions related to treatment and medication management.

Pursuant to Conditional Release Condition 14, "His failure to adhere to any of these conditions may result in him being located, taken into custody, and subsequently reviewed by the federal court of jurisdiction for suitability for continued release to the community," it is respectfully recommended that a Warrant of Arrest be issued so that when Mr. Paulson is returned to local custody a United States Marshals Service detainer will be in place which will facilitate his appearance before the federal court prior to any release.

This action is respectfully recommended to help Mr. Paulson return to compliance with no intention of continued detention unless the Court determines continued detention, whether short or long-term is necessary. Further, based upon the special nature and history of this case, it is respectfully recommended that, if available, Mr. Paulson appear before the Honorable H. Russel Holland, Senior U.S District Judge in lieu of before a U.S. Magistrate Judge.

Respectfully submitted,

Timothy M. Astle
U.S. Probation Officer
May 18, 2026

Approved by:

Allie Abbott
Supervisory U.S. Probation Officer